NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,**
*Appellant*

v.

**ARIOSA DIAGNOSTICS, INC.,**
*Appellee*

---

2015-1413

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00308.

---

**JUDGMENT**

---

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellant. Also represented by DEREK C. WALTER; ROBERT DANNY HUNTINGTON, SETH EDWARD COCKRUM, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC.

DAVID ISAAC GINDLER, Irell & Manella LLP, Los Angeles, CA, argued for appellee. Also represented by ANDREI

IANCU, SANDRA HABERNY; GREG GARDELLA, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2016          /s/ Daniel E. O'Toole
        Date              Daniel E. O'Toole
                          Clerk of Court